Malcolm S. McNeil (SBN 109601)
**ARENT FOX LLP**
555 West Fifth Street, Forty-Eighth Floor
Los Angeles, California 90013
Telephone: (213) 443-7656
Facsimile: (213) 629-7401

*Attorneys for Vanguard Medical*
*Management Billing, Inc.*

[ADDITIONAL PARTIES AND COUNSEL ON NEXT PAGE]

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANGUARD MEDICAL MANAGEMENT BILLING, INC., a California corporation; ONE-STOP MULTI-SPECIALTY MEDICAL GROUP, INC., a California corporation; ONE-STOP MULTI-SPECIALTY MEDICAL GROUP & THERAPY, INC., a California corporation; NOR CAL PAIN MANAGEMENT MEDICAL GROUP, INC., a California corporation; EDUARDO ANGUIZOLA, M.D., an individual; DAVID GOODRICH, in his capacity as Chapter 11 Trustee; and MESA PHARMACY, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDRE SCHOORL, in his official capacity as Acting Director of the California Department of Industrial Relations; GEORGE PARISOTTO, in his official capacity as Administrative Director of the California Division of Workers Compensation; and DOES 1 through 10, inclusive.<br><br>Defendants. | No. EDCV 17-965-GW-DTB<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO FILE MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING** |

Malcolm S. McNeil (SBN 109601)
**ARENT FOX LLP**
555 West Fifth Street, Forty-Eighth Floor
Los Angeles, California 90013
Telephone: (213) 443-7656
Facsimile: (213) 629-7401

*Attorneys for Vanguard Medical
Management Billing, Inc., One
Stop Multi-Specialty Medical Group,
Inc., One Stop Multi-Specialty
Medical Group & Therapy, Inc.,
Nor Cal Pain Management Medical
Group, Inc., and Eduardo Anguizola, M.D.*

M. Cris Armenta (SBN 177403)
Credence Sol (SBN 219784)
**THE ARMENTA LAW FIRM APC**
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, California 90266
Telephone: (310) 826-2826 x108
Facsimile: (310) 695-2560

*Attorneys for One Stop Multi-Specialty
Medical Group, Inc., One Stop Multi-
Specialty Medical Group & Therapy, Inc.,
Nor Cal Pain Management Medical
Group, Inc., Eduardo Anguizola, M.D.,
and Mesa Pharmacy, Inc.*

Victor A. Sahn (CA Bar No. 97299)
Mark S. Horoupian (CA Bar No. 175373)
Jason D. Balitzer (CA Bar No. 244537)
**SULMEYER KUPETZ APC**
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

*Attorneys for David M. Goodrich,
Chapter 11 Trustee for Allied Injury
Management, Inc.*

1
2
3

## **ORDER**

4          The Court, having considered the stipulation submitted herewith, hereby

5   enters the following order:

6          Plaintiff MESA PHARMACY, INC.'s deadline to file a Motion for Leave to

7   File Supplemental Pleading shall be extended to July 27, 2018.

8

9   IT IS SO ORDERED.

10

11  Dated:  July 20, 2018          _____

12                                          GEORGE H. WU, U.S. District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28